**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

---------------------------------------------------------------------------x

Shadonna Headen, individually and on behalf of all others similarly situated,

                           Plaintiff,

Civil Action No:
1:19-cv-00937

   -v.-

Parson-Bishop Services, Inc. and John Does 1-25,

                         Defendants.

---------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 19th day of December, 2019

                    */s/Amichai Zukowsky*
                    Amichai Zukowsky, Esq.
                    **Zukowsky Law, LLC**
                    23811 Chagrin Blvd Suite 160
                    Beachwood, OH 44122
                    Ph: 216-800-5529
                    ami@zukowskylaw.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 19, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                */s/ Amichai Zukowsky*
                Amichai Zukowsky